Messrs. *John C. Park*, of Boston, *William Parsons, Jr.*, of Gloucester, *Thomas Bowler*, of Lynn, *Anthony Shove*, of Dighton, *William Ide*, of Seekonk, *Job C. Stone*, of Shrewsbury, *Walter Hillman*, of Tisbury.

---

### BELCHERTOWN.

If there are but three selectmen in a town, and one of them becomes incompetent to act, and a second is elected representative, the third may certify the election, and the member himself may sign the certificate, even after he has taken his seat, and his return has been controverted for want of a proper certificate.

It appeared by the report of the committee on elections, to whom the certificates of the members were referred, that the certificate from Belchertown was signed by only one of the three selectmen of that town. On inquiry of the member, the committee ascertained that one of the other two had removed from the town, and had thus become incompetent to certify;

and that the third was the member himself. Under these circumstances, the committee allowed the member to affix his signature to the certificate as selectman, with the date when he affixed it annexed, and recommended that the election be confirmed by the house.

The report was agreed to.[1]